## SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
### ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001

ALLEN H. ARROW
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
KERRY L. SMITH
JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
CODY A. BROWN
———
JUDITH A. MEYERS⁺

PETER S. SHUKAT (1970-2014)
———
TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471
———
⁺ OF COUNSEL
———
WRITER'S E-MAIL:
dorothy@musiclaw.com

April 22, 2016

<u>Via ECF</u>

United States Court of Appeals for the Ninth Circuit
U.S. Courts for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

> Re: **Stroud Prods. & Enterprises et al. v.**
> **Castle Rock Entertainment et al.**
> **<u>Case No. 14-16421</u>**

Dear Clerk of the Court of Appeals:

My firm represents Defendants-Appellees Castle Rock Entertainment, Inc., Warner Brothers Entertainment, Inc. and Warner Specialty Films, Inc. f/k/a Warner Independent Pictures, in the above-captioned appeal.

Pursuant to the Order of the Court dated April 21, 2016, I am notifying the Court that I have a trial scheduled in another matter pending in the District Court for the Southern District of New York before the Honorable Judge Alvin K. Hellerstein, from August 1, 2016 through August 19, 2016. I am therefore unavailable to appear on any of the possible dates to appear in San Francisco in August.

Respectfully submitted,

Shukat Arrow Hafer Weber
& Herbsman, LLP

/s/ Dorothy M. Weber
Dorothy M. Weber

DMW/py